WR-71,401-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/30/2015 2:40:53 PM
Accepted 10/30/2015 4:12:40 PM
ABEL ACOSTA
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

RECEIVED IN
COURT OF CRIMINAL APPEALS

October 30, 2015

ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **JUAN RAUL NAVARRO RAMIREZ** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **No.** |
| | ) | |
| **WILLIAM STEPHENS, Director,** | ) | **Capital Case** |
| **Texas Department of Criminal Justice,** | ) | |
| **Correctional Institutions Division,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**ADVISORY CONCERNING IMPENDING CASE
AND APPOINTMENT OF COUNSEL**

Petitioner, JUAN RAUL NAVARRO RAMIREZ, by undersigned counsel, respectfully advises the Court of the following:

1.     In December, 2004, Petitioner was convicted of two counts of capital murder and sentence to death.  The Texas Court of Criminal Appeals affirmed Petitioner's conviction on one of the counts of capital murder and his death sentence on December 12, 2007.  *Ramirez v. State*, No. AP-75,167.

2.     On October 14, 2015, the Texas Court of Criminal Appeals denied Petitioner's applications for habeas relief.

3.     Counsel originally appointed to represent Petitioner in state habeas corpus proceedings failed to file an application for post-conviction writ of habeas corpus, necessitating appointment of new counsel for Petitioner.  However, in the course of the delay caused by the failure of original state habeas counsel to file a

1

habeas application, Petitioner's one-year federal statute of limitations began to run. The statute was tolled when a state habeas application was eventually filed by new state habeas counsel, but substantial time ran on the federal statute of limitations.

4.      For this reason, as of the date the Court of Criminal Appeals denied Petitioner's state habeas applications, October 14, 2015, Mr. Ramirez had only 97 days remaining in his federal statute of limitations.

5.      The Texas Office for Capital and Forensic Writs represented Petitioner at the time his state habeas application was denied.  This office is statutorily precluded from representing its clients in federal habeas proceedings.  Accordingly, we have asked counsel with the Texas Habeas Assistance and Training (TX HAT) project to try to recruit counsel willing to undertake Petitioner's federal habeas representation.[1]  This has been made extremely difficult because of the short time remaining on the federal statute of limitations.

6.      Despite the inherent challenge of locating counsel willing to represent a habeas petitioner in a matter with an abbreviated statute of limitations, TX HAT counsel have been successful in recruiting highly qualified counsel willing to undertake Petitioner's representation: the Capital Habeas Unit of the Federal Public Defender for the District of Arizona.  In order to move for appointment of this office, however, the standard protocol for appointment in an out-of-district case must be

---

[1]TX HAT is a project funded through the Administrative Office of the Courts, Office for Defender Services, to provide consulting services to counsel appointed in federal capital habeas proceedings.  Its members are experienced capital habeas attorneys who contract with the Administrative Office to provide these services.  Part of their work includes recruiting qualified counsel for appointment in federal habeas proceedings.

followed.  That protocol is now underway and should be complete within two weeks. At that point, undersigned counsel will move for the appointment of the Capital Habeas Unit.  Undersigned counsel has been assured that the Capital Habeas Unit of the Federal Public Defender for the District of Arizona will be authorized to take the appointment in Petitioner's case at the conclusion of the ongoing protocol.

7.     Current counsel for Petitioner is advising this Court of this matter now to comply with his statutory duty to seek appointment of federal habeas counsel in a timely manner, and to advise the Court of the status of Petitioner's case and his impending request for appointment of counsel.

Respectfully Submitted,

October 30, 2015

/s/ Benjamin B. Wolff
Benjamin B. Wolff
Texas Bar #: 24091608
S.D. Tex. ID No. 2367246
Director, Office of Capital & Forensic Writs
1700 Congress Ave., Suite 460
Austin, TX 78701
Benjamin.Wolff@ocfw.texas.gov
(512)463-8600
(512)463-8590 (fax)

## CERTIFICATE OF SERVICE

On October 30, 2015, a copy of the foregoing Motion was served on the Office of the Attorney General by United States mail at the following address:

Office of the Attorney General
Post Office Box 12548
Austin, Texas 78711-2548.

/s/ Benjamin B. Wolff

4